## Commonwealth *v.* Sadler, Appellant.

Submitted June 10, 1968. *Earl Thomas Sadler,* appellant, in pro-

pria persona; *Harvey Steinberg* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.